**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Mary Christina Richardson and Antonia Turner aka Tony Turner, Defendants,

Of whom Mary Christina Richardson is the Appellant.

In the interest of a minor under the age of 18.

Appellate Case No. 2023-001811

———————

Appeal From Darlington County
Salley Huggins McIntyre, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-296
Submitted August 12, 2024 – Filed August 12, 2024

———————

**AFFIRMED**

———————

Kindle Kay Johnson, of K. Johnson Law Firm, LLC, of Rock Hill, for Appellant.

Tiffany Brooke Allen, of South Carolina Department of Social Services, of Hartsville, for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

_____

**PER CURIAM:** Mary Christina Richardson appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Richardson's counsel.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and VINSON, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.